**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

M.C., by and through his Parents, K.J-C and J.C., and K.J-C and J.C., individually,

Plaintiffs,

v.

WILLIAMSPORT AREA SCHOOL DISTRICT,

Defendant.

No. 4:25-CV-01831

(Chief Judge Brann)

# ORDER

**OCTOBER 23, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Judgment on Administrative Record (Doc. 26) is **DENIED**;

2. Defendant's Motion for Summary Judgment (Doc. 28) is **GRANTED** in that:

   a. The Hearing Officer's rulings, other than those related to compensatory education, are **AFFIRMED**;

   b. The Hearing Officer's award of compensatory education to Plaintiffs is **VACATED**;

3. Final Judgment is entered in favor of Defendant and against Plaintiffs; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge